*Herbert H. Kellogg* and *William G. Van Loon* for respondents.

Order affirmed, with costs, upon opinion of CARR, J., below.
Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: HAIGHT and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER F. BRADY, Appellant, *v.* MAYNARD N. CLEMENT, as State Commissioner of Excise, et al., Respondents.

*People ex rel. Brady* v. *Clement,* 142 App. Div. 908, affirmed.
(Argued March 4, 1911; decided March 28, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, which reversed an order of Special

Term granting an application for a writ of certiorari and directing the issuance of a liquor tax certificate to the relator.

*E. B. Barnum* for appellant.

*Herbert H. Kellogg* for respondents.

Order affirmed, with costs, on opinion of CARR, J., in *Matter of Ahlers* (141 App. Div. 891).

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: HAIGHT and WERNER, JJ.